UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE :
**JOHN GUST BOTCHEN, II and**
**DAWN MARIE BOTCHEN**
    Debtors,

Case No. 6:03-BK-12356 ABB
Chapter 13

_____/

**RODOLFO MIRO, FBN: 0103799**
**Attorney for Creditor**
2840 S. Falkenburg Rd.
Riverview, FL 33569
(813) 983-2580

_____/

## MOTION TO WITHDRAW MONEY UNDER 28 USC § 2042

Asset Acceptance LLC, owner of claimant, Premium Asset Recovery Corp., moves this court to order the withdrawal of monies on deposit and in support of its motion states:

1. That on November 3, 2003 Premium Asset Recovery Corp. filed a claim in the amount of $3,304.75. A copy of the claim is attached as **Exhibit 1**.

2. That in 2006, Asset Acceptance LLC purchased Premium Asset Recovery Corp. and was assigned all of its accounts. A copy of the assignment dated August 22, 2006 is attached as **Exhibit 2**.

3. That although claimant's claim was allowed and the trustee mailed claimant a check in the amount of $3,304.75, said check was returned due to claimant's change of address. A copy of the trustee's report of unclaimed funds is attached as **Exhibit 3**.

4. That pursuant to 11 USC § 347, the subject funds were turned over to the court.

5. That movant, Asset Acceptance LLC certifies that it is the proper creditor entitled to the monies held on deposit. An affidavit affirming the statements contained herein is attached as **Exhibit 4**.

**WHEREFORE**, Asset Acceptance LLC request that an order be entered directing the clerk of the Bankruptcy Court to pay Asset Acceptance LLC, 28405 Van Dyke Ave., Warren, MI 48093, owner of claimant, Premium Asset Recovery Corp., $3,304.75 plus any allowable interest.

Respectfully Submitted,

Dated: June 24, 2009

/s/ Rodolfo Miro
Rodolfo Miro, FBN: 0103799
Senior Staff Attorney
Asset Acceptance, LLC.
2840 S. Falkenburg Rd.
Riverview, FL 33569
(813) 983-2580
Fax: (813) 569-0616