UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

JUL 17 2009

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

In re

John and Dawn Botchen,                      Case No. 6-03-bk-12356-ABB
                                             Chapter 13


_____Debtor(s)_____/


## ORDER DIRECTING RELEASE OF UNCLAIMED FUNDS

This case came before the Court upon the motion filed by Asset Acceptance LLC as successor to Premium Asset Recovery Corp., a party in the above referenced case, for release of funds being held in the Court's registry account of unclaimed funds. Upon consideration the Court finds that the party has furnished all necessary documentation and otherwise has complied with the requirements for release of the unclaimed funds.

IT IS ORDERED that the motion is granted and that the Clerk of Court shall pay the unclaimed funds in the amount of $3,304.75 to Asset Acceptance LLC, 28405 Van Dyke Ave., Warren, MI 48093.

DATED: ___July 17, 2009___


_____
Arthur B. Briskman
United States Bankruptcy Judge

Copy furnished to:
Susan Magaditsch, Financial Administrator, United States Bankruptcy Court, Sam M. Gibbons U.S. Courthouse, 801 N. Florida Avenue, Suite 727, Tampa, FL 33602-3899